Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| FOTOHAUS, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CAUSEY WRIGHT, INC., P.S.,<br><br>　　　　　　Defendant. | CASE NO. 2:21-cv-00791-RSL-TLF<br><br>FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT CAUSEY WRIGHT, INC. P.S. |

This matter came before the Court upon Plaintiff Fotohaus, LLC's ("Fotohaus") acceptance of Defendant Causey Wright, Inc., P.S.'s ("Causey Wright") Offer of Judgment to Fotohaus regarding the photograph titled "Talking on the Phone" depicted below and covered by U.S. Copyright Reg. No. VA-1-919-51 (the "Work").



Defendant Causey Wright denied the allegations in this case, including that it infringed Fotohaus' copyrights in or removed any copyright management information associated with the Work.

The Court, having reviewed the pleadings and being fully advised in the premises, and for good cause shown, hereby determines that Fotohaus is entitled to a judgment in the sum of Two Thousand Five Hundred and One Dollars ($2,501.00) and a permanent injunction against the Defendant Causey Wright relating to the Work.

NOW THEREFORE, IT IS HEREBY ORDERED:

1. Defendant Causey Wright is ordered to pay Fotohaus $2,501.00 plus post judgment interest at the statutory rate to run from the date of the judgment; and

2. Defendant Causey Wright, their officers, agents, servants, and employees, and all persons in active concert or participation with any one or more of them, who receive actual notice by personal service or otherwise ARE HEREBY PERMANENTLY RESTRAINED AND ENJOINED from:

(a) directly or indirectly infringing Plaintiff's Work or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any works derived or copied from Plaintiff's Work, or to participate or assist in any such activity; and/or

(b) directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of Plaintiff's Work; and/or

(c) directly or indirectly removing any of Plaintiff's copyright management information from Plaintiff's Work.

The Court orders execution to issue for this judgment.

2

FINAL JUDGMENT 2:21-
CV-00791-RSL-TLF

**SRIPLAW**

21301 POWERLINE ROAD, SUITE 100
BOCA RATON, FL  33433
JOEL B. ROTHMAN, 561.404.4350

The court denies all relief not granted in this judgment.

This is a FINAL JUDGMENT.

Presented by: */s/Joel B. Rothman*
JOEL B. ROTHMAN
**SRIPLAW**

*/s/ Michael G. Atkins*
MICHAEL G. ATKINS
**ATKINS INTELLECTUAL PROPERTY, PLLC**

**SO ORDERED**

THIS __28th__ DAY OF December, 2021

HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

3

FINAL JUDGMENT 2:21-
CV-00791-RSL-TLF

**SRIPLAW**

21301 POWERLINE ROAD, SUITE 100
BOCA RATON, FL  33433
JOEL B. ROTHMAN, 561.404.4350